UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONALD EDWARD WOOTEN                                                          PETITIONER

V.                                                          CIVIL ACTION NO. 3:16-CV-446-DPJ-FKB

WARDEN B.E. BLACKMON                                                          RESPONDENT

ORDER

This habeas petition under 28 U.S.C. § 2241 is before the Court on the Report and Recommendation [14] of United States Magistrate Judge F. Keith Ball. Judge Ball recommended that habeas relief be denied because Petitioner Ronald Edward Wooten has received all sentencing credits he is due. The copy of the Report and Recommendation the Court initially sent Wooten was returned as undeliverable, and a search for Wooten in the Bureau of Prisons' Inmate Locator showed that he is now housed at the Federal Correctional Institution in Butner, North Carolina. So on May 20, 2019, the Court sent another copy of the Report and Recommendation to Wooten at his new address and notified him that "objections to the Report and Recommendation shall be due within 14 days of the service of this Order." Order [16].

More than 14 days have elapsed since the Court served that Order, and Wooten failed to file objections to the Report and Recommendation. The Court, having reviewed the Petition [1], Memorandum in Support [2], Response [11], Memorandum in Support of Response [12], and the unopposed Report and Recommendation [14] agrees with Judge Ball that habeas relief should be denied.

For the foregoing reasons, the Court adopts the Report and Recommendation [14] as the opinion of the Court and denies Wooten's habeas petition, which is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 12th day of June, 2019.

                                                s/ *Daniel P. Jordan III*
                                                CHIEF UNITED STATES DISTRICT JUDGE